## OLIVER W. MILLER, ROBERT SMART AND CONRAD TEN EYCK *versus* AUSTIN E. WING

JOURNAL ENTRIES (1822–31): *Journal 3:* (1) Continued *p. 298; (2) motion for election to proceed at law or in equity *p. 389. *Journal 4:* (3) Demurrer set for argument MS p. 72; (4) motion to take bill as confessed and for reference MS p. 161; (5) continued MS p. 215; (6) bill taken as confessed, referred to master MS p. 283; (7) motion to confirm master's report and for final decree MS p. 293; (8) master's report confirmed, decree ordered MS p. 365; (9) decree MS p. 397; (10) decree signed MS p. 430; (11) motion for confirmance of report of sale MS p. 449; (12) report of sale confirmed, proceeds ordered paid MS p. 466.

PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) demurrer, plea and answer; (4) replication; (5) stipulation to withdraw demurrer and plea and for entry of decree; (6) motion for reference to master; (7) motion to confirm master's report; (8) motion for decree; (9) master's report of amount due; (10) draft of decree; (11) signed decree; (12) report of sale; (13) deed of mortgage.

*Chancery Case* 30 of 1822.

## PHINEAS FISK *versus* BENJAMIN WOODWORTH, RACHAEL WOODWORTH AND EDWARD BROOKS

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Motion to dismiss bill *p. 298; (2) motion to file bond for costs nunc pro tunc granted, time given to answer *p. 375; (3) bill taken as confessed, referred to register *p. 499; (4) sale ordered *p. 513. *Chancery Journal:* (5) decree *p. 72.

PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) bond for prosecution of suit; (4) order that bill be taken pro confesso and referred to register; (5) register's report; (6) draft of order confirming register's report; (7) draft of decree; (8) certificate of amounts due on judgments; (9) agreement to postpone sale, etc.; (10) deed of mortgage.

*Chancery Case* 31 of 1822.